United States District Court
Southern District of Texas
**ENTERED**
December 16, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| DAVID CARRIZALES, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 7:14-CV-438 |
| § | |
| GUADALUPE TREVINO, *et al*, § | |
| § | |
| Defendants. § | |
| § | |

### ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST HIDALGO COUNTY DEFENDANTS WITH PREJUDICE

On this day, came on to be considered the Unopposed Joint Motion to Dismiss with Prejudice the causes of action of Plaintiffs DAVID CARRIZALES AND ROGELIA STABOLITO against Defendants GUADALUPE "LUPE" TREVIÑO, SHERIFF OF HIDALGO COUNTY, TEXAS, HIDALGO COUNTY, TEXAS, GERARDO MENDOZA DURAN, and all unknown, unnamed and unidentified employees, and former employees of Hidalgo County and any employee of Hidalgo County who was present at the time of the incident made the basis of the above entitled and numbered cause ("Hidalgo County Defendants"). The Court, having considered said motion, finds it should be granted.

**IT IS, THEREFORE, ORDERED** that the action of Plaintiffs DAVID CARRIZALES AND ROGELIA STABOLITO **against the Hidalgo County Defendants** is hereby dismissed with prejudice and costs of court are assessed against the party incurring same.

SO ORDERED this 16th day of December, 2015, at McAllen, Texas.

_____
Randy Crane
United States District Judge