IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| DAVID CARRIZALES AND §<br>ROGELIA STABOLITO §<br>  PLAINTIFFS §<br> §<br>VS. §<br> §<br>GUADALUPE "LUPE" TREVINO, SHERIFF §<br>OF HIDALGO COUNTY, TEXAS, HIDALGO §<br>COUNTY, TEXAS, JONATHAN §<br>CHRISTOPHER TREVINO, GERARDO §<br>MENDOZA DURAN, MARTIN GARZA, §<br>CHIEF OF POLICE, MISSION, TEXAS, CITY §<br>OF MISSION, TEXAS AND OTHER §<br>UNKNOWN PERSONS §<br>  DEFENDANTS § | CIVIL ACTION NO. 7:14-CV-438<br>JURY DEMAND |

## NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANTS MARTIN GARZA, CHIEF OF POLICE, MISSION, TEXAS AND CITY OF MISSION, TEXAS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Defendants, **Martin Garza, Chief of Police, Mission, Texas, and City of Mission, Texas,** and file this their Notice of Settlement, pursuant to Local Rule 16.3, and respectfully show unto the Court the following:

Plaintiffs DAVID CARRIZALES AND ROGELIA STABOLITO and Defendants MARTIN GARZA, CHIEF OF POLICE, MISSION, TEXAS, AND CITY OF MISSION, TEXAS have entered into an agreement to settle all of Plaintiffs' claims and possible claims, known or unknown, against MARTIN GARZA, CHIEF OF POLICE, MISSION, TEXAS; and the CITY OF MISSION, TEXAS. The parties will prepare the appropriate settlement documents, and they will provide the Court with an agreed stipulation of dismissal upon completion of the settlement obligations.

Respectfully submitted,

By: /s/ Eileen M. Leeds
Eileen M. Leeds
*Attorney-in-Charge*
State Bar No. 00791093
USDC Adm. No. 16799

Jose Luis Caso
State Bar No. 24065018
USDC No. 1570664
*Of Counsel*

Guerra, Leeds, Sabo & Hernandez, P.L.L.C.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: 956-541-1846
Facsimile: 956-541-1893
*Of Counsel*

**ATTORNEYS FOR DEFENDANTS CITY OF MISSION, TEXAS AND MARTIN GARZA, CHIEF OF POLICE, MISSION, TEXAS**

## CERTIFICATE OF CONFERENCE

Pursuant to LR 7.1 D, a certificate of conference is not required.

/s/ Eileen M. Leeds
Eileen M. Leeds

## CERTIFICATE OF SERVICE

  I hereby certify that on the 17th day of December, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Via Electronic Notice**
Mr. David L. Flores
Flores & Torres, L.L.P.
118 E. Cano Street
Edinburg, Texas 78539
*Plaintiffs' Counsel*

            /s/ Eileen M. Leeds
            Eileen M. Leeds